# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GLEN TURNER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WARDEN, et al.,<br><br>Defendants. | Case No. 5:24-cv-1952-VBF-RAO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Dkt. No. 1; the Court's screening order dismissing certain claims with leave to amend, Dkt. No. 6; the Court's Order to Show Cause, Dkt. No. 7; the Report and Recommendation of United States Magistrate Judge ("Report") dated May 30, 2025, Dkt. No. 10; and all of the records and files herein.

Objections to the Report were due by June 9, 2025, and the Court has not received any objections to date. Dkt. No. 9. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

\\\
\\\
\\\
\\\

1  IT IS ORDERED that this action is DISMISSED without prejudice.

2

3  DATED:   July 15, 2025                  /s/ Valerie Baker Fairbank

4  _____

5  VALERIE BAKER FAIRBANK
   UNITED STATES DISTRICT JUDGE

2