JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GLEN TURNER, et al., <br> Plaintiffs, <br> v. <br> WARDEN, et al., <br> Defendants. | Case No. 5:24-cv-1952-VBF-RAO <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED without prejudice.

DATED: July 15, 2025               /s/ Valerie Baker Fairbank
                                   _____
                                   VALERIE BAKER FAIRBANK
                                   UNITED STATES DISTRICT JUDGE